**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                         Case No. 5:12-cr-13-Oc-22TBS

**THAIMY COTTO**
_____

### ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. No. 14), to which there has been no notice of objection filed by the Government and no notice of objection filed by the Defendant, the plea of guilty of the defendant to Count One of the Indictment is now accepted and the defendant is adjudged guilty of such offense. A sentencing has been scheduled by separate notice.

**DONE** and **ORDERED** in Orlando, Florida on this 3rd day of July, 2012.

ANNE C. CONWAY
United States District Judge

Copies to:
US Marshal
US Probation
Pretrial
Counsel of Record